No. 94–8479.  LAYNE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–8480.  MARSHALL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–8482.  WELLMAN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 94–8483.  KYUNG HWAN MUN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–8497.  MCLYMONT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8501.  JAMES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 94–8503.  BURNS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–8504.  BRUTZMAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–8520.  CHERUBIN v. UNITED STATES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–8521.  CARILLO v. UNITED STATES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–8568.  CHAPMAN v. ABRAHAMSON, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 94–1003.  MICHIGAN v. GOSS.  Sup. Ct. Mich.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 94–1408.  CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, ET AL. v. MCINTYRE.  C. A. 8th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 94–1261.  ARCHER-DANIELS-MIDLAND CO. ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.